Ralph W. VIGUERS as Personal
Representative of the Estate of
Aurelia P. Viguers, Appellant

v.

PHILIP MORRIS USA, INC., Appellee.

Supreme Court of Pennsylvania.

Sept. 28, 2005.

Sherri Lynn Eyer, Marc Philip Weingarten, Philadelphia, for Ralph W. Viguers, appellant.

Joseph Kevin Hetrick, Vernon L. Francis, Philip Neil Yannella, Robert C. Heim, Philadelphia, for Philip Morris USA, Inc., appellee.

Christopher S. D'Angelo, Philadelphia, for Product Liability Advisory Council, Inc., appellee amicus curiae.

Before: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

### ORDER

PER CURIAM:

AND NOW, this 28th day of September, 2005, the order of the Superior Court is AFFIRMED.